```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PIEDAD GARZON,

                            Plaintiff,                 11 Civ. 5681 (PKC) (AJP)

              -against-                                ORDER ADOPTING REPORT
                                                       AND RECOMMENDATION

JOFAZ TRANSPORTATION, INC.,

                            Defendant.
-----------------------------------------------------------x
```

P. KEVIN CASTEL, District Judge:

        Magistrate Judge Andrew J. Peck, to whom this case was referred for general pretrial supervision, issued a Report and Recommendation (the "R&R") dated September 20, 2011, which recommended transferring this case to the Eastern District of New York.[1] (Docket # 10.) The R&R advised that parties had fourteen days from service to file any written objections. (R&R at 2.) More than fifty days have passed since the R&R was filed, and the plaintiff has submitted no objections.

        As noted by the R&R, the Complaint asserts that plaintiff resides in Rego Park, Queens and worked for defendant Jofaz Transportation, Inc., located at 1 Coffey Street in Brooklyn. (Compl. at 2; R&R at 1.) The R&R accurately noted that Queens and Brooklyn both are in the Eastern District of New York. (R&R at 1.) In stating why the action should not be transferred to the Eastern District of New York, plaintiff stated that "[a]fter two years I am not satisfied with the proceed of them and they gave me the right change to elect one of four federal districts." (R&R at 1.) Magistrate Judge Peck reasonably inferred that this statement likely reflects plaintiff's

---

[1] I note that the R&R contained the docket number 11 Civ. 5781, as opposed to 11 Civ. 5681. The R&R was, however, docketed under the correct number on September 20, and the docket reflects that the R&R was mailed to the plaintiff. (Docket # 10.) The R & R expressly called plaintiff's attention to Rule 72(b), Fed. R. Civ. P., and 28 U.S.C. § 636(b)(1). Plaintiff received clear notice of the consequences of the failure to object and has waived the right to object to the R & R or obtain appellate review. See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Caidor v. Onondaga County, 517 F.3d 601 (2d Cir. 2008).

2

dissatisfaction with the EEOC or the State Division of Human Rights, and petitioner's understanding of "four federal districts" arose from districts listed on a generic form. (R&R at 1-2.)

I conclude that the R&R is well reasoned and grounded in law. I adopt the R&R in full, and direct that this action be transferred to the Eastern District of New York.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 10, 2011